Civil Action No. CV 16-00022

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>U.S. Department of the Navy, Naval Litigation Office</u>
was received by me on *(date)* <u>07/27/2016</u> . <u>Office of the General Counsel</u>

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* I served the summons and a copy of the complaint in this action by Certified First-Class U.S. Mail on July 27, 2016.

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>0.00</u> .

I declare under penalty of perjury that this information is true.

Date: <u>07/27/2016</u>

_____
*Server's signature*

<u>Kimberlyn K. King-Hinds, Counsel for Plaintiffs</u>
*Printed name and title*

P.O. Box 520064
San Jose Village
Tinian, MP 96950
*Server's address*

Additional information regarding attempted service, etc: